## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LINDSAY M. BILL,

      Plaintiff,

                               Case No.: 8:15-cv-00051-JDW-EAJ

v.

NCO FINANCIAL SYSTEMS, INC.,

      Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, NCO Financial Systems, Inc. (NCO), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents.  Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: November 18, 2015         Respectfully Submitted,

                         */s/ Michael Schuette*
                         Michael Schuette, Esq.
                         Florida Bar No. 010681
                         Dayle M. Van Hoose, Esq.
                         Florida Bar No. 0016277
                         SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                         3350 Buschwood Park Drive, Suite 195
                         Tampa, FL 33618
                         Telephone: (813) 890-2472
                         Facsimile:    (866) 466-3140
                         mschuette@sessions.legal
                         dvanhoose@sessions.legal

*Attorneys for Defendant,*
*NCO Financial Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on this 18th day of November 2015, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

| | |
|---|---|
| John Gadd, Esq. | Peter J. Grilli, Esq. |
| 2727 Ulmerton Road, Suite 250 | 3001 West Azeele Street |
| Clearwater, Florida 33762 | Tampa, Florida 33609 |

/s/ Michael Schuette
Attorney